UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PAMELA LOCKLEY,

                        Plaintiff,                     **ORDER**

           -against-                        08-CV-475 (SLT) (SMG)

MICHAEL ASTRUE, Commissioner, Social
Security Administration,

                        Defendant.
------------------------------------------------------------x
**TOWNES, United States District Judge:**

      By an order dated March 23, 2010, this Court referred Plaintiff's motion for attorney's fees in this action to the Honorable Steven M. Gold, United States Magistrate Judge, for a Report and Recommendation ("R&R"). On April 27, 2010, Magistrate Judge Gold issued his "R&R," recommending that the Court award plaintiff's counsel $6,000 in attorney's fees pursuant to 42 U.S.C. § 406(b). The R&R directed Plaintiff's counsel to serve a copy of the R&R on Plaintiff.

      Under 28 U.S.C. § 636(b)(1), a party may file written objections to the R&R within fourteen days of being served a copy of the R&R. As of the date of this order, the Court has not received any objections to the R&R. Accordingly, the Court has reviewed the R&R for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Edwards v. Town of Huntington*, No. 05 Civ. 339 (NGG) (AKT), 2007 WL 2027913, at *2 (E.D.N.Y. July 11, 2007); *McKoy v. Henderson*, No. 05 Civ. 1535 (DAB), 2007 WL 678727, at *1 (S.D.N.Y. Mar. 5, 2007). The Court finds no clear error, and therefore adopts the R&R in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

*CONCLUSION*

For the reasons stated above, Magistrate Judge Gold's Report and Recommendation dated April 27, 2010, is adopted in its entirety. Plaintiff's counsel is hereby awarded $6,000 in attorney's fees pursuant to § 406(b) of the Social Security Act.

SO ORDERED.

/SANDRA L. TOWNES
United States District Judge

Dated: May 24, 2010
Brooklyn, New York